BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIFFANY ANN CHARPENTIER<br>xxx-xx-xxx<br><br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   13-cv-01479-EFB<br><br><br>**STIPULATIONAND** ~~PROPOSED~~<br>**ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from December 30, 2013, to January  31, 2014,  with all other deadlines extended accordingly.  This extension is required due to the upcoming holidays and counsel's planned time out of the office.

/ / / /

/ / / /

/ / / /

1

2

3    Dated: December 19, 2013            */s/Bess M. Brewer*
                                        BESS M. BREWER
4                                       Attorney at Law

5                                       Attorney for Plaintiff

6

7

8    Dated: December 19, 2013            Benjamin B. Wagner
                                        United States Attorney

9                                       Donna L. Calvert
                                        Acting Regional Chief Counsel, Region IX
10                                      Social Security Administration

11                                      /s/ Sundeep R. Patel
                                        SUNDEEP R. PATEL
12

13                                      Special Assistant United States Attorney
                                        Attorneys for Defendant

14

15

16                                      **ORDER**

17

18   APPROVED AND SO ORDERED.

19   DATED:   December 30, 2013.

20                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                        2